**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

IN THE MATTER OF:                    :        Case No.   15-57501
                                     :        Chapter 7; Judge C. Kathryn Preston
Shahid Mohammad                      :
Shahar Bano,                         :
                                     :
              Debtors.               :

**OBJECTION TO PROOF OF CLAIM NO. 10**
**OF OHIO DEPARTMENT OF TAXATION**

David M. Whittaker, Trustee ("the Trustee"), objects to the following proof of claim

pursuant to the provisions of 11 USC Sec. 502, Federal Rule of Bankruptcy Procedure 3007, and

Local Bankruptcy Rule 3007-1.

1.      THE PROOF OF CLAIM

        Claim No.          10

        Claimant:          Ohio Department of Taxation Bankruptcy Division
                           PO Box 530, Columbus, OH  43216

        Claim Amount:      $2,335.50

        Date Filed:        April 14, 2016

2.      BASIS FOR THE OBJECTION

        This proof of claim does not assert a valid claim against either of the Debtors.  The proof

of claim indicates that the debtor is Todd Kirkpatrick and that the Case No. is 15-58186.  So this

proof of claim should not have been filed in this case.

3.      REQUESTED RELIEF:

        The Trustee requests that the Court enter an Order sustaining the Trustee's objection to

this claim.  The Trustee further requests that the Court order that this claim will be denied and

that this claim will not participate in any distribution made by the Trustee to unsecured creditors

pursuant to 11 U.S.C. Sec. 726.

Respectfully submitted,

/s/ David M. Whittaker
David M. Whittaker, Esquire          (0019307)
Bricker & Eckler LLP
100 South Third Street
Columbus, Ohio  43215
Phone: 614-227-2355
Fax: 614-227-2390
Email: dwhittaker@bricker.com
Attorney for David M. Whittaker, Trustee

## NOTICE OF OBJECTION TO CLAIM NO. 10
## OF OHIO DEPARTMENT OF TAXATION

David M. Whittaker, Trustee has filed an objection to Claim No. 10 of Ohio Department of Taxation in this bankruptcy case. **This claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the Court to eliminate or change your claim, then within **thirty days** from the date of the service of this Objection, you or your lawyer must:

File with the Court a written response to the objection, explaining your position at:  The United States Bankruptcy Court, 170 North High Street, Columbus, Ohio 43215, or you may file your response by using the Court's ECF electronic filing system.

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

You must also mail a copy to or serve a copy by the Court's ECF system on:

| | |
|---|---|
| David M. Whittaker, Esq. | United States Trustee |
| Bricker & Eckler | 170 N. High St., Ste 200 |
| 100 South Third Street | Columbus, OH  43215 |
| Columbus, OH  43215 | ustpregion09.cb.ecf@usdoj.gov |
| dwhittaker@bricker.com | |

If you, or your attorney, do not take these steps, the Court may decide that you do not oppose the objection to this claim and the Court may enter an Order sustaining the Objection to this claim without further notice or a hearing.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Objection to Claim No. 10 of Ohio Department of Taxation, and Notice of Objection was served upon the parties listed below in manner indicated on May 4, 2016.

/s/ David M. Whittaker
David M. Whittaker, Esq.
Attorney for David M. Whittaker, Trustee

The following parties were served via ECF electronic service only to the address registered with the Court.

US Trustee

Wendi Henderhan, Esq.

Adam Bradley Hall, Esq.

Brian M. Gianangeli, Esq.

Christopher J. Klym, Esq.

The following parties were served by U.S. Mail at the address indicated:

Shahar Bano
127 Georges-Creek Drive
Pickerington, OH  43147

Shahid Mohammad
127 Georges-Creek Drive
Pickerington, OH  43147

Ohio Department of Taxation
Bankruptcy Division
PO Box 530
Columbus, OH  43216

Rebecca L. Daum, Esq.
Ohio Department of Taxation
30 East Broad Street
21st Floor
Columbus, OH  43215

Brian M. Gianangeli, Esq.
6305 Emerald Parkway
Dublin, OH  43016

Christopher J. Klym, Esq.
24441 Detroit Rd.
Ste. 200
Westlake, OH  44145

Attorney General
State of Ohio
150 East Gay Street
21st Floor
Columbus, OH  43215

10271892v1

3