**U.S. BANKRUPTCY COURT**
SOUTHERN DISTRICT OF OHIO

**WITHDRAWAL PROOF OF CLAIM - OHIO DEPARTMENT OF TAXATION**

| | |
|---|---|
| **IN RE:** Shahid Mohammad and Shahar Bano<br>127 GEORGES CREEK DRIVE<br>PICKERINGTON, OH 43147 | **Case No.** 15-57501<br>**Chapter:** 7<br>**Claim Date:** 5/10/2016 |

**The State of Ohio Department of Taxation hereby withdraws its claim 10-1 in the amount of 2,763.55 in the above-captioned proceedings. Said claim was filed in error and is therefore WITHDRAWN.**

/s/Rebecca L Daum
#0046728
Attorney-Bankruptcy Division
Ohio Department of Taxation
PO Box 530, Columbus, OH  43216-0530
Phone: (614)752-6864
Fax: (614)995-0164
Email: Rebecca.daum@tax.state.oh.us
Alternate Contact: Email: shelly.todd@tax.state.oh.us